ANNIE E. FOX, Respondent, *v.* BUFFALO PARK, Appellant.

*Fox* v. *Buffalo Park,* 21 App. Div. 321, affirmed.
(Argued April 27, 1900; decided May 11, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 27, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*John G. Milburn* for appellant.

*Moses Shire* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: O'BRIEN, HAIGHT, MARTIN, VANN and LANDON, JJ. Not voting: PARKER, Ch. J., and BARTLETT, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SADIE ALLEN, Appellant.

*People* v. *Allen,* 47 App. Div. 625, affirmed.
(Argued April 27, 1900; decided May 11, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made January 12, 1900, affirming a judgment of the Court of General Sessions of the Peace of the city and county of New York convicting the defendant of the crime of grand larceny in the first degree.

*Louis Lowenstein* for appellant.

*Charles E. Le Barbier* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and LANDON, JJ. Not voting: MARTIN, J.